IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Berry S. Anderson, | ) | C/A No.: 2:25-cv-04007-DCN-MHC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| v. | ) | **CONFERENCE AND SCHEDULING** |
| | ) | **ORDER** |
| Medical University of South Carolina, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this court, the following amended schedule is established for this case.

1. No later than **June 20, 2025**, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.[1]

2. No later than **June 20, 2025**, the parties shall file a Rule 26(f) report in the form attached to this order. Parties are hereby notified that Local Civil Rule 26.03 (D.S.C.) lists additional queries to be answered in the Rule 26(f) report.

3. Motions to join other parties and amend the pleadings shall be filed no later than **July 10, 2025**. All motions to amend pleadings must be accompanied by a proposed amended pleading.

4. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom the plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **November 11, 2025**.

5. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom the defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **December 10, 2025**.

6. Counsel shall file and serve a document identifying all records custodian witnesses proposed to be presented by affidavit at trial and certifying that appropriate affidavits with attached records have been served on other parties no later than **February 22, 2026**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure.

---

[1] Pursuant to Fed. R. Civ. P. 26(a)(1), the parties may, by stipulation, agree not to make some or all of the Rule 26(a)(1) initial disclosures. If such a stipulation is made, it shall be confirmed in writing between the parties. *See* Fed. R. Civ. P. 29 and Local Civil Rule 29.01 (D.S.C.).

*See* Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3) (D.S.C.).

7. Discovery shall be completed no later than **February 22, 2026**. All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date. *De bene esse* depositions must be completed by discovery deadline. No extension of this deadline will be permitted without leave of court. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Cherry in an attempt to resolve the matter informally.

8. Mediation, pursuant to Local Civil Rules 16.04-16.12 (D.S.C.), shall be completed in this case on or before **March 20, 2026**. *See* mediation requirements form attached to original scheduling order. **At least thirty (30) days prior to this mediation deadline**, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel. The parties are directed to complete the mediation initiation form, which was attached to the original scheduling order, and return it to the court no later than thirty (30) days prior to the mediation deadline.

9. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **April 27, 2026**.

IT IS SO ORDERED.

Molly Hughes Cherry
United States Magistrate Judge

Date: _____
Charleston, South Carolina

2